UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAWRENCE MOLIDOR,<br>    Plaintiff,<br>v.<br>SUNDARIS MASE, et al.,<br>    Defendants. | Case No. 21-cv-01732-JCS<br><br>Related Case Nos. 21-cv-01730-JCS, 21-cv-01731-JCS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff initiated this case by filing a letter entitled "Affidavit/Declaration of Truth" ("Letter") and asked the Clerk's Office to file it as a miscellaneous case, paying the $47 filing fee that applies to such cases. As a general rule, a case filed with this Court is considered to be a civil case so long as it falls within any of the categories listed on the Court's civil cover sheet. *See* Civil Local Rule 3-2. The filing fee for such cases is $402. Certain types of cases are considered miscellaneous cases, however, such as a registration of judgment from another district, a motion to quash a deposition subpoena or summons, some bankruptcy proceedings and proceedings against sureties, to name a few. The Court reviewed Plaintiff's Letter and concluded that because it alleges public health officers Sundari Mase and Barbie Robinson violated the United States Constitution and various statutes and also seeks $20 million for the harm he alleges they have caused him, that the Letter is properly construed as complaint that initiates a civil case and further, that it does not fall into the category of miscellaneous case. Accordingly, the Court ordered the case reclassified as a civil case. Dkt. No. 2. The Court further ordered that Plaintiff pay the full filing fee that applies to civil cases or file an application to proceed in forma pauperis no later than April 30, 2021. Dkt. No. 11.

Plaintiff has neither paid the full filing fee nor applied to proceed in forma pauperis and the

deadline for doing so has now passed. Therefore, he is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to pay the filing fee and to comply with the Court's Order. Plaintiff may file a response no later than May 21, 2021.

**IT IS SO ORDERED.**

Dated: May 5, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge